**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

          Plaintiff(s),

   v.

VINELAND PARTNER I , et al.

          Defendant(s).

CASE NO:
2:20−cv−00553−FMO−JC

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: February 21, 2020            _/s/ *Fernando M. Olguin*_
                                     Fernando M. Olguin
                                     United States District Judge